| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>_____<br><br>In Re:<br><br>EILEEN FAGAN,<br><br>      Debtor.<br><br>_____ | Presentment Date and Time:<br>April 21, 2006 at 12:00 noon<br><br>**NOTICE OF PRESENTMENT TO<br>VACATE THE AUTOMATIC STAY**<br><br>Case No.: 04-23460-ash<br>(Chapter 13)<br><br>Assigned to:<br>Hon. ADLAI S. HARDIN, JR.<br>Bankruptcy Judge |

   PLEASE TAKE NOTICE that an order will be presented for signature to the Honorable ADLAI S. HARDIN, JR. at Chambers, 300 Quarropas Street, Room 520, White Plains, NY 10601 on the 21st day of April, 2006.  The proposed order will seek to vacate the automatic stay imposed by 11 U.S.C. §362 and §1322(b)(5) with regard to the premises commonly known as 16 BREWSTER AVENUE, STONY POINT, NY 10980; a copy of which order is annexed hereto.

   If you have good reason to object to the granting of the proposed order, you must do so in writing and at least 5 business days before the order is to be signed, you must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections stating with the legal grounds and the facts which establish the reasons for your objections.  The objections shall identify the motion to which they are addressed by name of moving party, date of the hearing, relief sought by the motion, and by title, caption, and index number of the case in which the motion is made.  Within the same time you must also file with the clerk of the Court the original of your objections together with proof by affidavit, admission, or otherwise that copies have been properly served.  If no proper objections are timely filed and served and if the judge is satisfied from the application that the moving party is entitled to the relief sought, the order may be signed without a hearing.  If proper objections are timely filed and served, a hearing will be held before the Court at 300 Quarropas Street, Room 520, White Plains, NY 10601 on the 27th day of April, 2006 at 9:45 am.  If no objections are filed, the Court may sign the order without further proceedings, or may direct that the hearing be held notwithstanding the absence of objections.

DATED :   April 4, 2006
          Westbury, New York

                                        Yours, etc.
                                        STEVEN J. BAUM, P.C.
                                        Attorneys for Secured Creditor
                                        DEUTSCHE BANK TRUST COMPANY AMERICAS
                                        F/K/A BANKERS TRUST COMPANY, AS TRUSTEE
                                        By:     __S/_____
                                                Dennis Jose, Esq.
                                                Office and Post Address:
                                                900 Merchant's Concourse, Suite 412
                                                Westbury, NY 11590
                                                Telephone (716) 204-2400

TO:
    EILEEN FAGAN                        Debtor
    16 Brewster Avenue
    Stony Point, NY 10980

    SHMUEL KLEIN, ESQ.                  Attorney for Debtor
    268 Route 59
    Spring Valley, NY 10977

    JEFFREY L. SAPIR, ESQ.              Chapter 13 Trustee
    399 Knollwood Road
    Suite 102
    White Plains, NY 10603

    U.S. TRUSTEE                        U.S. Trustee
    Office of the U.S. Trustee
    33 Whitehall St, Floor 21
    New York, NY 10004