UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT**

In Re:

EILEEN FAGAN,

        Debtor.

Case No.: 04-23460-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

STATE OF MINNESOTA      )
                                   ) SS:
CITY OF MENDOTA HEIGHTS  )

**John Cody**, being duly sworn deposes and says:

1. I am a ASST VICE PRESIDENT of HOMECOMINGS FINANCIAL NETWORK, secured creditor ("Secured Creditor") herein, and as such, I am fully familiar with the facts and circumstances hereinafter set forth.

2. This affidavit is submitted in support of Secured Creditor's application for stay relief as set forth in the moving papers.

3. Secured Creditor is the holder of a mortgage covering the premises commonly known as 16 BREWSTER AVENUE, STONY POINT, NY 10980 ("Mortgaged Premises").

4. On the 21st day of September, 2004, Debtor EILEEN FAGAN, filed a Petition under Chapter 13 of Title 11 U.S.C. § 101 et seq with this Court under case no. 04-23460-ash, and an Order for relief was duly entered.

5. The Note and Mortgage provide that the Debtor will be in default if he or she does not make full monthly payments on each due date. As of the 31st day of March, 2006, the Debtor has failed to make 2 post-petition payments in the amount of $3,709.17 which represents the payments due the 1st day of February, 2006 through March, 2006 and has not cured said default. In addition, 2 post-petition payments due the 1st day of April, 2006 through May, 2006 will be due at the date this motion is heard.

6. That as of the 31st day of March, 2006, there was an unpaid principal balance owed on the Note and Mortgage in the sum of $278,043.61, with interest thereon in the amount of $20,553.51, plus late charges in the amount of $946.28, for an estimated amount owing Secured Creditor in the amount of $299,543.40. Interest on the unpaid principal balance will continue to accrue, and to protect its security in the Mortgaged Premises Secured Creditor may be required to make further advances for property taxes, insurance and related matters.

WHEREFORE, Secured Creditor respectfully requests that an Order be granted terminating the automatic stay immediately as to Secured Creditor's interest in the Mortgaged Premises, together with such other, further and different relief as the Court may deem just in this matter.

*[signature]*
ASST VICE PRESIDENT   **John Cody**

Subscribed and sworn to before me this __3__ day of __April__, 2006.

*[signature]*
Notary Public



RACHEL PATRICE BAHR
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010