

Mailing Address
P.O. Box 1291
Buffalo, NY 14240-1291

Overnight Mail
220 Northpointe Parkway
Suite G
Amherst, NY 14228

**STEVEN J. BAUM, P.C.**
ATTORNEYS AT LAW

Phone Number
716-204-2400

Fax Number
716-204-4600

Web Site
WWW.MBAUM.COM

June 8, 2007

CLERK, UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601


Re: HOMECOMINGS FINANCIAL, LLC vs. EILEEN FAGAN, et al.
Case No. 04-23460-ash
Loan No. 7433303260

Dear Sir or Madam:

 Enclosed herewith please find the corrected bank affidavit in regards to the above captioned matter, scheduled for Presentment on June 14, 2007.

 If you have any questions, please feel free to call.

> Very truly yours,
>
> STEVEN J. BAUM, P.C.
>
>
> By:  Courtney A. Isbrandt
>    Legal Assistant

Enc.