UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

EILEEN FAGAN,

               Debtor.

_____

**AFFIDAVIT**

Case No.: 04-23460-ash
(Chapter 13)

Assigned to:
Hon. ADLAI S. HARDIN, JR.
Bankruptcy Judge

STATE OF MINNESOTA              )
CITY OF MENDOTA HEIGHTS    )

    Dory Goebel, being duly sworn deposes and says:

1. I am a Bankruptcy Representative of HOMECOMINGS FINANCIAL, LLC, secured creditor ("Secured Creditor") herein, and as such, I am fully familiar with the facts and circumstances hereinafter set forth.

2. This affidavit is submitted in support of Secured Creditor's application for stay relief as set forth in the moving papers.

3. Secured Creditor is the holder of a mortgage covering the premises commonly known as 16 BREWSTER AVENUE, STONY POINT, NY 10980 ("Mortgaged Premises").

4. On the 21st day of September, 2004, Debtor EILEEN FAGAN filed a Petition under Chapter 13 of Title 11 U.S.C. § 101 et seq with this Court under case no. 04-23460-ash, and an Order for relief was duly entered.

5. The Note and Mortgage provide that the Debtor will be in default if he or she does not make full monthly payments on each due date. As of the 30th day of May, 2007, the Debtor has failed to make 4 post-petition payments in the amount of $4,020.03 which represents the payments due the 1st day of February, 2007 through May, 2007 and has not cured said default.

6. That as of the 30th day of May, 2007, there was an unpaid principal balance owed on the Note and Mortgage in the sum of $278,043.61, with interest thereon in the amount of $20,553.51, plus late charges in the amount of $946.28, for an estimated amount owing Secured Creditor in the amount of $299,543.40. Interest on the unpaid principal balance will continue to accrue, and to protect its security in the Mortgaged Premises Secured Creditor may be required to make further advances for property taxes, insurance and related matters.

WHEREFORE, Secured Creditor respectfully requests that an Order be granted terminating the automatic stay immediately as to Secured Creditor's interest in the Mortgaged Premises, together with such other, further and different relief as the Court may deem just in this matter.

/s/ Dory Goebel

_____
Dory Goebel Default Services Junior Officer

Subscribed and sworn to before me
this 1st day of June, 2007.
/s/ Paris Y. Jackson
_____
Paris Y. Jackson
Notary Public-Minnesota
My Commission
Expires Jan 31, 2011