UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x　　　　Chapter 13
In Re
Eileen Fagan　　　　　　　　　　　　　　　　　　Case No. 04-23460
　　　　　　　Debtor
-------------------------------------------------x

# AFFIRMATION OF TIME AND EXPENSES
# FOR OPPOSING A FRIVOLOUS MOTION FOR RELIEF FROM STAY

I, Shmuel Klein, counsel for the debtor herein, affirm under penalty of perjury, state that I have knowledge of the following and state the same is true except for those matters stated "upon information and belief" and as to those matters, I believe them to be true.

1. This affirmation is pursuant to the courts order from the bench to submit time and expenses incurred in objecting to a frivolous motion for relief from stay.

2. I have been practicing law for 19 years. Although this court typically only awards me fees on the average of $100/hour, current hourly rate and used to calculate this application is $385.00. The United States Attorney and many Courts use the Laffey Matrix to calculate attorney fee hourly rates. The rate for an attorney with 11-19 years out of law school is currently $509.00 per hour. My hourly rate is well below that rate.

3. My time and expenses are as follows:

## FEES

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/1/2007 | Review of Deutsche Bank's Motion for Relief from Stay | 1.0 | $385.00 |
| 6/1/2007 | Review Docket and file | 1.0 | $385.00 |
| 6/5/2007 | review Title, Mortgage and Judgment | 2.0 | $770.00 |
| 6/5/2007 | call to client re: Motion for Relief from Stay | 0.3 | $115.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/5/2007 | Meeting with client re: Motion | 1.5 | $577.50 |
| 6/7/2007 | Draft Affidavit in Opposition of Motion to vacate stay; Draft Memorandum of Law | 2.0 | $770.00 |
| 6/7/2007 | Review Opposition with client and conference with client to sign affirmation | 1.0 | $385.00 |
| 6/8/2007 | Upload, copy and mail opposition to Dennis Jose and Judge | 0.5 | $192.50 |
| 6/11/2007 | Review Homecomings Affidavit in Support of Motion | 0.5 | $192.50 |
| 6/11/2007 | Telephone call with Steven Baum's office re: Adjournment of Hearing | 0.1 | $38.50 |
| 6/12/2007 | Review of letter adjourning | 0.1 | $38.50 |
| 7/10/2007 | Sur-Reply Affirmation | 1.0 | $385.00 |
| 7/12/2007 | Review of Affirmation in Support of Motion to Terminate Stay by Deutsche Bank | 1.0 | $385.00 |
| 7/16/2007 | Telephone call with Steven Baum's office | 0.1 | $38.50 |
| 7/16/2007 | Prep for court/ review of file | 0.5 | $192.50 |
| 7/17/2007 | In Court; (Court Hearing adjourned) | 1.0 | $385.00 |
| 7/17/2007 | Prep for court/ review of file | 0.5 | $192.50 |
| 7/18/2007 | Review of letter adjourning | 0.1 | $38.50 |
| 8/22/2007 | In Court to Argue Motion | 1.0 | $385.00 |
| | Total | | $5,852.00 |

COSTS

| Date | Description | Amount |
|---|---|---|
| 6/5/2007 | Title Search | $250.00 |
| 6/8/2007 | Copies and postage; Opposition to Motion to vacate Stay | $15.00 |
| 7/17/2007 | Gas, parking and tolls | $20.00 |
| 8/22/2007 | Gas, parking and tolls | $20.00 |
| | Total | $305.00 |
| | TOTAL FEES AND COSTS | $6,157.00 |

WHEREFORE, it is respectfully demanded that the Court impose a minimum of $5,852.00 for attorney fees and $305.00 for costs, upon Deutsche Bank for filing a frivolous Motion for Relief from Stay, and as the Court may determine.

Dated: August 22, 2007 \_\_\_\_/s/_____
Shmuel Klein,
Attorney for Debtor
268 West Route 59
Spring Valley, NY  10977
845-425-2510