Exhibit A

# MortgageServ

Expand menu tree window size >>

**Homecomings Financial, LLC**
**Account: 7433303260**
EILEEN FAGAN
16 BREWSTER AVENUE
STONY POINT
NY 10980
UNITED STATES

View Documents

**Alerts:**
Refresh Alerts

PENDING P&I CHANGE | UNAPPLIED BALANCE
SPECIAL HANDLING
ACQUIRED LOAN H340|04302007 | ARM LOAN

Previous | | Next

**DISPLAY/HISTORY**  681  5/30/2007  5:11:56 PM ET  PFSP555

ACCT 7433303260 Scrn | Dsp | Order R Date 05/30/07 Pit N Bal N
Name FAGAN  Type 1  Sub 8  Inv 91717  Warn 5  Lock 0  Stop 010  St 33
- Dates - Paid To  01/01/07 Next Due 02/01/07 Last Pmt 05/04/07 Audit  11/16/01
- Bal -  Prin  276208.74 Esc  -442.44 Unap/Cd  2292.69 / *
- Uncol - Lc  -165.00 Opt Prd  0.00 INT  0.00 FEES  -935.53
          Esc Sht  0.00
- Ytd - Int  15813.88 Taxes  2857.23 Loss Draft Rcd ?  N BKR
- Date- Tr. - Pdto ------ Tr-Amt --------- Prin ----- Interest ------ Escrow --
052207 SRO 010107  -712.77  .00  .00  .00
052207 UF* 010107  UNAPPLIED FUNDS (2)  -712.77 BALANCE  2292.69
052207 FE 010107  1120.47  40 EXPENSE ADVANCES
052207 PRE 040107  PAID  407.70 DUE  229.64 SHORT  -178.06 TELLER  1655
051407 AA 010107  .00  .00  .00  .00
          OPT PREMIUMS  .00 LATE CHARGE PYMT  -165.00*
051407 UI 010107  .00  .00  .00  .00
          OPT PREMIUMS  .00 LATE CHARGE PYMT  -165.00*
051407 SRO 010107  -7836.38  .00  .00  .00

Comments-1
Comments-2
**Message:** DISPLAY COMPLETE  OK  MORE...
**Command:**  Submit | Reset | PrintAll

# MortgageServ

[Expand menu tree window size >>]

**Homecomings Financial, LLC**
**Account: 7433303260**
EILEEN FAGAN
16 BREWSTER AVENUE
STONY POINT
NY 10980
UNITED STATES

[View Documents]
**Alerts:**
[Refresh Alerts]

| PENDING P&I CHANGE | UNAPPLIED BALANCE |
| SPECIAL HANDLING | |
| ACQUIRED LOAN H340|04302007 | ARM LOAN |

---

**BKR/INFO**  681  5/30/2007  5:11:48 PM ET  PFSP1051

Account Number: 7433303260   Teller Number: 19965   Office Code: 0

### Borrower / Debtor Information
Debtor: EILEEN FAGAN
Co-Debtor:
Borrower: EILEEN FAGAN
Filed By: PRIMARY    ECOA: OTHER

### View Vendor / Website Information
Lender Attorney    Borrower Attorney
Trustee Website
Court Website

### Status Information
Bkr Status: ACTIVE    Conversion Date: 00/00/00
POC Status: ACTIVE    Date: 09/28/04
Plan Status: ACTIVE    Date: 04/30/07
AO Status:    Date: 00/00/00
Next Task: 2100    Date: 04/30/07
Task Desc: DELINQUENT ON PLAN

### Filing Information
Chapter: 13   Filing Date: 09/21/04
Case Number: 0423460
State: NY    District: 80
Division: WHITE PLAINS

### Codes
Stop Code 1: 0   Warning Code: 5
Stop Code 2: 1   Lockout Code: 0
Stop Code 3: 0

### Other Information
Concurrent Bkr: N   View: N
Foreclosure: Y   Loss Mit: N
Loss Draft: N   Junior Liens: N
Multiple Loans: N   Units:
Property Vacant:
Contractual Next Due: 02/01/07
Contractual Paid to Date: 01/01/07

### Proof of Claim Information
POC Number:    01  J

### Key Dates
Confirmation Date: 04/13/05

### Disposition
Relief Granted: 00/00/00

Message:    OK INQUIRY ONLY
Command: [                    ]  [Submit] [Reset] [PrintAll]

2



# MortgageServ

Expand menu tree window size >>

**Homecomings Financial, LLC**

Account: 7433303260

EILEEN FAGAN
16 BREWSTER AVENUE
STONY POINT
NY 10980
UNITED STATES

View Documents

Alerts:
Refresh Alerts

| PENDING P&I CHANGE | UNAPPLIED BALANCE |
| SPECIAL HANDLING | |
| ACQUIRED LOAN H34004302007 | ARM LOAN |

## CUST/TOTAL AMOUNT DUE    681  5/30/2007  5:11:31 PM ET  PFSR045

```
ACCOUNT NUMBER 7433303260 M/P/A/S P  Warn 5  Lock 0  Stop Cds 010  BKR  Page 1
Prim Name EILEEN FAGAN                          Ssn 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 (H) 8454297895
Sec  Name                                           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 (W) 8454292746
16 BREWSTER AVENUE                    Inv  91717 RFC SUBPRIME SCH/SCH
                                      Loan Type 1 CONVENTION Subtype  8
STONY POINT          NY 10980   *Contract  008935 4/6,9020,FBD,3%/1%
```

| Due Date | P&I | Esc | Cr Ins | Late Fee | Ancillary | Pmt Total |
|---|---|---|---|---|---|---|
| 02/01/07 | 3301.02 | 719.01 | .00 | .00 | .00 | 4020.03 |
| 03/01/07 | 3301.02 | 719.01 | .00 | .00 | .00 | 4020.03 |
| 04/01/07 | 3301.02 | 719.01 | .00 | .00 | .00 | 4020.03 |
| 05/01/07 | 3301.02 | 719.01 | .00 | .00 | .00 | 4020.03 |
| 00/00/00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 00/00/00 | .00 | .00 | .00 | .00 | .00 | .00 |
| TOT PMTS | 13204.08 | 2876.04 | .00 | .00 | .00 | 16080.12 |

```
PART PMT DUE             0.00              Total Uncollected         1100.53
Sac Interest             0.00              Total Amount Due         17180.65
BUYDOWN PMT/DATE         0.00  00/00/00    BUYDOWN BAL/CODE            0.00
Grace Days                 15              Uncollected View (Y/N)       N
Interest Method             0
Unap Fnds                0.00 /          2292.69 /*     0.00 /    0.00 /    0.00 /
Date Of Last Note  05/29/07
```

Message:                        OK                      BOTTOM
Command: [                                    ]  Submit  Reset  PrintAll

4

# MortgageServ

**Homecomings Financial, LLC**

Expand menu tree window size >>

**Account: 7433303260**
EILEEN FAGAN
16 BREWSTER AVENUE
STONY POINT
NY 10980
UNITED STATES

View Documents
**Alerts:**
Refresh Alerts

| PENDING P&I CHANGE | UNAPPLIED BALANCE |
| SPECIAL HANDLING | |
| ACQUIRED LOAN H340|04302007 | ARM LOAN |

---

**CUSTOMER/LOAN INQUIRY**    681   5/30/2007   5:11:25 PM ET   PFSP213

ACCOUNT NUMBER 7433303260   M/P/A/S P Warn 5 Lock 0 Stop 1 0 - 2 1 - 3 0 Cert Fnd 0
EILEEN FAGAN     Ssn 128663045(H)   V 8454297895 (W)   V 8454292746
    Ssn 000000000(H) .. 0     (W) .. 0
16 BREWSTER AVENUE     Inv 91717 RFC SUBPRIME SCH/SCH
    Entyp 1 CONVENTI   Sub 8     Cntact N
STONY POINT     NY 10980    *Contract 008935 4/6,9020,FBD,3%/1%

--- Payment Data ---   --- Last Tax/Haz Transaction ---   ---Bal/View (B/U) B ---

| Field | Value | | | | | Balances | |
|---|---|---|---|---|---|---|---|
| Total Due | 17180.65 | TAX | M91 | 01/11/07 | -2857.23 | ORIG | 284750.00 |
| Next Due | 02/01/07 | HAZ | M20 | 09/12/06 | -1074.00 | PRIN | 276208.74 |
| Recd | 0.00 | --- Other Data --- | | | | ESCROW | -442.44 |
| P&I | 3301.02 | 1st Pmt | 12/01/01 | Rate | 13.87500 | BUYDOWN | .00 |
| Esc | 719.01 | BALLOON | 00/00/00 | Term | 360 | UMAP .*.. | 2292.69 |
| Opt Prd | 0.00 | Mat Dt | 11/31 Orig 00/00 Cls Cd 1 | | | MERS N | |
| Ancill | 0.00 | Asum | 0 0-00/00 Lc Ases 0 | Grc | 15 | PREPAID MONTHS | 03 |
| Lt Chg | 0.00 | P/O QUOTE 09/25/06 LC | | | 5.000 | MONTHLY BILLING | |
| Total | 4020.03 | NXT ALT CHG* 06/07 | | NO LTCHG | | Def Amts | 0.00 |
| Part Pmt Dt | 00/00/00 | Lst Esc Ant 07/06 Lst Pmt 05/04/07 | | | | 0000000000000 | |
| | | O/S | -903.85 | Int Meth | 0 | | |
| Fidman 000 | Couns MFR | | | | | | |

Last Note 05/29/07   Last Dm 00/00/00     00/00/00

**Message:**      OK

**Command:** [                       ]   Submit | Reset | PrintAll

5