Exhibit C

Post Petition Payment History for:      Eileen Fagan

BK Case No. 04-23460      ResCap Loan No. 7433303260

BK filing date    09/21/04    Pmt Due:   08/01/07   Stip Due:
                                        Pmt Amt: $ 4,020.03   Stip Amt:
                                        Susp Bal: $ 391.18    Stip Bal:

**05/04 - 09/04 included in POC**

| Date | Amt Rec'd | Amt Applied | Applied To | Unused | Suspense | AO Balance | Notes |
|---|---|---|---|---|---|---|---|
| 10/12/04 | $ 2,977.00 | $ 2,959.83 | 10/01/04 | $ 17.17 | $ 17.17 | | |
| 11/16/04 | $ 2,977.00 | $ 2,959.83 | 11/01/04 | $ 17.17 | $ 34.34 | | |
| 12/13/04 | $ 2,977.75 | $ - | suspense | $ 2,977.75 | $ 3,012.09 | | |
| 01/18/05 | $ 2,977.75 | $ 3,161.56 | 12/01/04 | $ (183.81) | $ 2,828.28 | | |
| 02/22/05 | $ 2,977.75 | $ 3,161.56 | 01/01/05 | $ (183.81) | $ 2,644.47 | | |
| 03/28/05 | $ 3,030.00 | $ 3,161.56 | 02/01/05 | $ (131.56) | $ 2,512.91 | | |
| 04/27/05 | $ 3,050.00 | $ 3,161.56 | 03/01/05 | $ (111.56) | $ 2,401.35 | | |
| 05/27/05 | $ 3,050.00 | $ 3,161.56 | 04/01/05 | $ (111.56) | $ 2,289.79 | | |
| 06/30/05 | $ 3,161.56 | $ 3,161.56 | 05/01/05 | $ - | $ 2,289.79 | | |
| 07/29/05 | $ 3,200.00 | $ 3,161.56 | 06/01/05 | $ 38.44 | $ 2,328.23 | | |
| 08/26/05 | $ 3,500.00 | $ 3,366.51 | 07/01/05 | $ 133.49 | $ 2,461.72 | | |
| 09/19/05 | $ 3,500.00 | $ 3,366.51 | 08/01/05 | $ 133.49 | $ 2,595.21 | | |
| 10/20/05 | $ 3,500.00 | $ 3,501.49 | 09/01/05 | $ (1.49) | $ 2,593.72 | | |
| 11/21/05 | $ 3,500.00 | $ 3,501.49 | 10/01/05 | $ (1.49) | $ 2,592.23 | | |
| 12/27/05 | $ 3,600.00 | $ 3,501.49 | 11/01/05 | $ 98.51 | $ 2,690.74 | | |
| 01/23/06 | $ 3,600.00 | $ 3,709.17 | 12/01/05 | $ (109.17) | $ 2,581.57 | | |
| 02/27/06 | $ 3,704.17 | $ 3,709.17 | 01/01/06 | $ (5.00) | $ 2,576.57 | | |
| 03/31/06 | $ 3,800.00 | $ 3,709.17 | 02/01/06 | $ 90.83 | $ 2,667.40 | | |
| 04/28/06 | $ 3,800.00 | $ 3,709.17 | 03/01/06 | $ 90.83 | $ 2,758.23 | | |
| 06/02/06 | $ 3,800.00 | $ 3,709.17 | 04/01/06 | $ 90.83 | $ 2,849.06 | | |
| 06/29/06 | $ 4,000.00 | $ 3,709.17 | 05/01/06 | $ 290.83 | $ 3,139.89 | | |
| 07/27/06 | $ 4,000.00 | $ 3,919.14 | 06/01/06 | $ 80.86 | $ 3,220.75 | | |
| 08/28/06 | $ 4,000.00 | $ 3,919.14 | 07/01/06 | $ 80.86 | $ 3,301.61 | | |
| 09/29/06 | $ 4,000.00 | $ 3,919.14 | 08/01/06 | $ 80.86 | $ 3,382.47 | | |
| 10/31/06 | $ 4,050.00 | $ 3,967.35 | 09/01/06 | $ 82.65 | $ 3,465.12 | | |
| 12/04/06 | $ 4,050.00 | $ 3,967.35 | 10/01/06 | $ 82.65 | $ 3,547.77 | | |
| 01/05/07 | $ 4,050.00 | $ 3,967.35 | 11/01/06 | $ 82.65 | $ 3,630.42 | | |
| 02/06/07 | $ 4,200.00 | $ 4,020.03 | 12/01/06 | $ 179.97 | $ 3,810.39 | | |
| 03/07/07 | $ 4,200.00 | $ 4,020.03 | 01/01/07 | $ 179.97 | $ 3,990.36 | | |
| 03/30/07 | $ 4,200.00 | $ - | | $ 4,208.99 | $ 8,199.35 | | |
| 04/06/07 | $ (4,208.99) | $ - | NSF | $ (4,208.99) | $ 3,990.36 | | |
| 04/12/07 | $ 4,021.00 | $ 4,020.03 | 02/01/07 | $ 0.97 | $ 3,991.33 | | |

Post Petition Payment History for:	Eileen Fagan	ResCap Loan No. 7433303260
BK Case No. 04-23460

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/30/07 | $ 4,050.00 | $ 4,020.03 | 03/01/07 | $ 29.97 | $ 4,021.30 | |
| 06/25/07 | $ 4,100.00 | $ - | suspense | $ 4,100.00 | $ 8,121.30 | |
| 06/25/07 | $ 4,200.00 | $ - | suspense | $ 4,200.00 | $ 12,321.30 | |
| 07/03/07 | $ (4,100.00) | $ - | NSF | $ (4,100.00) | $ 8,221.30 | |
| 07/05/07 | $ 4,200.00 | $ 4,020.03 | 04/01/07 | $ 179.97 | $ 8,401.27 | |
| 07/05/07 | $ - | $ 4,020.03 | 05/01/07 | $ (4,020.03) | $ 4,381.24 | |
| 07/05/07 | $ - | $ 4,020.03 | 06/01/07 | $ (4,020.03) | $ 361.21 | stopped payment |
| 07/27/07 | $ 4,050.00 | $ 4,020.03 | 07/01/07 | $ 29.97 | $ 391.18 | |
| | | | | $ - | $ 391.18 | |
| | | | | $ - | $ 391.18 | |