Exhibit D

*Payment change effective December 1, 2004. Relevant escrow analysis statement attached.*

## Homecomings Financial
*A GMAC Company*

October 20, 2004

Eileen Fagan
16 Brewster Avenue
Stony Point, NY 10980

Loan Number: 0433303260

Dear Eileen Fagan:

If you have filed for bankruptcy, please be advised that this letter is for informational purposes only and is not an attempt to collect a debt. Please accept this letter as written notice of a change in the interest rate and principal and interest portion of your monthly payment amount. Effective with your December 01, 2004, installment, your account's interest rate will be 10.625 percent and your monthly principal and interest payment will be $ 2625.74. Please note that if your loan includes an escrow account for the payment of property taxes and insurance, the principal and interest payment stated on this letter does not reflect the total payment due, since the total payment would include principal, interest, and escrow.

According to the terms of the Adjustable Rate Note you signed at closing, your interest rate is determined by the six-month London Interbank Offered Rate ("LIBOR") as published in the Wall Street Journal and the interest rate is adjusted every 6 month(s). The applicable index at the time of the scheduled rate adjustment was 2.196 percent. Your new interest rate is calculated by adding the index of 2.196 percent to the margin of 8.500 percent (as specified in your Adjustable Rate Note). This total is then rounded to the nearest .125 percent and then is subject to interest rate caps as specified in your Note. The result of this calculation is your account's current interest rate of 10.625 percent. It is this change in interest rate that has caused the corresponding change in your interest payment amount. This rate will be effective from November 01, 2004, until May 01, 2005, at which time your loan is subject to another interest-rate adjustment."

Homecomings Financial℠ appreciates you as a customer and values your business. Please feel free to contact us at the number or address below whenever we can be of assistance.

Sincerely,

Joseph Corn
Escrow Specialist

Homecomings Financial
2711 North Haskell Avenue   Suite 900   Dallas, TX 75204
800.206.2901          homecomings.com

*Escrow Payment Effective September 2004: See next page.*

```
SR210QR-01                                                  5/04/07 12:36:26
MPRICE             CCS  - AGGREGATE ANALYSIS HISTORY INQUIRY   JOB DT: 5/01/07
                       ANNUAL ACCOUNT DISCLOSURE STATEMENT       PAGE:  46775
Loan Number.: 0433303260                              Analysis Run..: 7/28/04
Effective Date: 9/01/04                                       9/04 Thru  8/05
                              ACCOUNT HISTORY
        Previous Payment:  P&I . . . . . . . .: 2,551.65
                           Escrow. . . . . . .:   553.74
                           Discretionary Items:      .00
                           Total . . . . . . .: 3,105.39
              Pmt to Esc Act    Pmt from Esc Act              Escrow Balance
       Month   Proj    Actual     Proj    Actual  Desc         Proj     Actual
       Starting Balance . . . . . . . . . . . . . . . . .   1661.17    4756.71
       Sep,03                              956.00* HAZARD INS            3800.71
       Sep,03          683.03*                     PAYMENT               4483.74
       Sep,03                             3578.73* SCHOOL TAX             905.01
       Sep,03            4.56*                     Intr on Esc            909.57 <
       Oct,03          683.03*                     PAYMENT               1592.60
       Oct,03            2.20*                     Intr on Esc           1594.80
       Nov,03  553.74  553.74                      PAYMENT     2214.91   2148.54
       Nov,03          505.53*                     Shortage pm 2214.91   2654.07
       Nov,03            3.48*                     Intr on Esc 2214.91   2657.55
       Dec,03  553.74  553.74                      PAYMENT     2768.65   3211.29
       Dec,03            4.89*                     Intr on Esc 2768.65   3216.18
       Jan,04  553.74  553.74                      PAYMENT     3322.39   3769.92
       Jan,04                    1677.72           TOWN TAX    1644.67   3769.92
       Jan,04                             1865.11* TOWN TAX    1644.67   1904.81
       Jan,04                               30.00* HAZARD INS  1644.67   1874.81
       Jan,04            3.64*                     Intr on Esc 1644.67   1878.45
       Feb,04  553.74                              PAYMENT     2198.41   1878.45
       Feb,04            3.13*                     Intr on Esc 2198.41   1881.58
       Mar,04  553.74  553.74                      PAYMENT     2752.15   2435.32
       Mar,04            3.29*                     Intr on Esc 2752.15   2438.61
       Apr,04  553.74                              PAYMENT     3305.89   2438.61
       Apr,04            4.06*                     Intr on Esc 3305.89   2442.67
       May,04  553.74  553.74E                     PAYMENT     3859.63   2996.41
       May,04          475.99*                     PAYMENT     3859.63   3472.40
       May,04            4.46*                     Intr on Esc 3859.63   3476.86
       Jun,04  553.74  553.74E                     PAYMENT     4413.37   4030.60
       Jun,04          553.74*                     PAYMENT     4413.37   4584.34
       Jun,04            5.30*                     Intr on Esc 4413.37   4589.64
       Jul,04  553.74  553.74E                     PAYMENT     4967.11   5143.38
       Aug,04  553.74  553.74E                     PAYMENT     5520.85   5697.12
       Sep,04  553.74                              PAYMENT     6074.59   5697.12
       Sep,04                    4189.13           SCHOOL TAX  1885.46   5697.12
       Sep,04                     778.00           HAZARD INS  1107.46 < 5697.12
       Oct,04  553.74                              PAYMENT     1661.20   5697.12
       Total  6644.88 7370.25   6644.85  6429.84
                              PROJECTION FOR NEXT CYCLE
       Anticipated Annual Disbursements
       HAZARD INS             986.00
```

```
SR210QR-01                                                    5/04/07 12:36:26
MPRICE            CCS - AGGREGATE ANALYSIS HISTORY INQUIRY    JOB DT:  5/01/07
                      ANNUAL ACCOUNT DISCLOSURE STATEMENT     PAGE:      46776
  Loan Number.: 0433303260                           Analysis Run..:   7/28/04
  Effective Date:  9/01/04                                  9/04 Thru    8/05
                              PROJECTION FOR NEXT CYCLE
  TOWN TAX             1,865.11
  SCHOOL TAX           3,578.73
  Total                6,429.84
  New Escrow Deposit   6,429.84 /12=   535.82
  Month  Pmt to Escrow   Pmt frm Escrow  Description     Curr Bal     Req Bal
  Starting Balance . . . . . . . . . . . . . . . . . .   5,697.12    5,100.55
  Sep,04      535.82                     PAYMENT         6,232.94    5,636.37
  Sep,04                    3,578.73     SCHOOL TAX      2,654.21    2,057.64
  Sep,04                      986.00     HAZARD INS      1,668.21    1,071.64 <
  Oct,04      535.82                     PAYMENT         2,204.03    1,607.46
  Nov,04      535.82                     PAYMENT         2,739.85    2,143.28
  Dec,04      535.82                     PAYMENT         3,275.67    2,679.10
  Jan,05      535.82                     PAYMENT         3,811.49    3,214.92
  Jan,05                    1,865.11     TOWN TAX        1,946.38    1,349.81
  Feb,05      535.82                     PAYMENT         2,482.20    1,885.63
  Mar,05      535.82                     PAYMENT         3,018.02    2,421.45
  Apr,05      535.82                     PAYMENT         3,553.84    2,957.27
  May,05      535.82                     PAYMENT         4,089.66    3,493.09
  Jun,05      535.82                     PAYMENT         4,625.48    4,028.91
  Jul,05      535.82                     PAYMENT         5,161.30    4,564.73
  Aug,05      535.82                     PAYMENT         5,697.12    5,100.55
  Total     6,429.84        6,429.84
  Estimated Low Point: 1,668.21        New P&I . . . . . . . .: 2,424.01
  RESPA Low Point . .: 1,071.64        New Esc Pmt . . . . . .:   535.82
  Doc/St Low Point. .: 1,071.64        Discretionary Items Pmt:      .00
  Total Surplus . . .:   596.57        Surplus Spread. . . . .:      .00
  Less NSF/Lt chgs. .:   145.44        Deficiency Spread . . .:      .00
  Spread Months . . .:       00        Payment Rnd Adj . . . .:      .00
  Deficiency. . . . .:      .00        Total Payments. . . . .: 2,959.83
  Def Spread Months .:       00
  Surplus Refunded. .:   451.13
```

*Principal & Interest Effective July 2005:*

*See Escrow Payment Attached*

## Homecomings Financial
*A GMAC Company*

April 20, 2005

Eileen Fagan
16 Brewster Avenue
Stony Point, NY 10980

Loan Number: 0433303260

Dear Eileen Fagan:

If you have filed for bankruptcy, please be advised that this letter is for informational purposes only and is not an attempt to collect a debt. Please accept this letter as written notice of a change in the interest rate and principal and interest portion of your monthly payment amount. Effective with your June 01, 2005, installment, your account's interest rate will be 11.625 percent and your monthly principal and interest payment will be $ 2830.69. Please note that if your loan includes an escrow account for the payment of property taxes and insurance, the principal and interest payment stated on this letter does not reflect the total payment due, since the total payment would include principal, interest, and escrow.

According to the terms of the Adjustable Rate Note you signed at closing, your interest rate is determined by the six-month London Interbank Offered Rate ("LIBOR") as published in the Wall Street Journal and the interest rate is adjusted every 6 month(s). The applicable index at the time of the scheduled rate adjustment was 3.400 percent. Your new interest rate is calculated by adding the index of 3.400 percent to the margin of 8.500 percent (as specified in your Adjustable Rate Note). This total is then rounded to the nearest .125 percent and then is subject to interest rate caps as specified in your Note. The result of this calculation is your account's current interest rate of 11.625 percent. It is this change in interest rate that has caused the corresponding change in your interest payment amount. This rate will be effective from May 01, 2005, until November 01, 2005, at which time your loan is subject to another interest-rate adjustment."

Homecomings Financial℠ appreciates you as a customer and values your business. Please feel free to contact us at the number or address below whenever we can be of assistance.

Sincerely,

*Kendal Pruett*

Kendal Pruett
Escrow Specialist

Homecomings Financial
2711 North Haskell Avenue   Suite 900   Dallas, TX 75204
800.206.2901        homecomings.com

*Escrow Payment Effective September 2004: See Next Page.*

```
SR210QR-01                                              5/04/07 12:36:26
MPRICE           CCS  - AGGREGATE ANALYSIS HISTORY INQUIRY  JOB DT: 5/01/07
                     ANNUAL ACCOUNT DISCLOSURE STATEMENT        PAGE: 46775
Loan Number.: 0433303260                        Analysis Run..:  7/28/04
Effective Date:  9/01/04                              9/04 Thru  8/05
                           ACCOUNT HISTORY
     Previous Payment:  P&I . . . . . . . .: 2,551.65
                        Escrow. . . . . . .:   553.74
                        Discretionary Items:      .00
                        Total . . . . . . .: 3,105.39
              Pmt to Esc Act    Pmt from Esc Act             Escrow Balance
     Month     Proj    Actual     Proj    Actual  Desc         Proj     Actual
     Starting Balance . . . . . . . . . . . . . . . . . .  1661.17    4756.71
     Sep,03                                956.00* HAZARD INS           3800.71
     Sep,03             683.03*                    PAYMENT              4483.74
     Sep,03                               3578.73* SCHOOL TAX            905.01
     Sep,03               4.56*                    Intr on Esc           909.57 <
     Oct,03             683.03*                    PAYMENT              1592.60
     Oct,03               2.20*                    Intr on Esc          1594.80
     Nov,03    553.74   553.74                     PAYMENT     2214.91  2148.54
     Nov,03             505.53*                    Shortage pm 2214.91  2654.07
     Nov,03               3.48*                    Intr on Esc 2214.91  2657.55
     Dec,03    553.74   553.74                     PAYMENT     2768.65  3211.29
     Dec,03               4.89*                    Intr on Esc 2768.65  3216.18
     Jan,04    553.74   553.74                     PAYMENT     3322.39  3769.92
     Jan,04                       1677.72          TOWN TAX    1644.67  3769.92
     Jan,04                                1865.11* TOWN TAX   1644.67  1904.81
     Jan,04                                  30.00* HAZARD INS 1644.67  1874.81
     Jan,04               3.64*                    Intr on Esc 1644.67  1878.45
     Feb,04    553.74                              PAYMENT     2198.41  1878.45
     Feb,04               3.13*                    Intr on Esc 2198.41  1881.58
     Mar,04    553.74   553.74                     PAYMENT     2752.15  2435.32
     Mar,04               3.29*                    Intr on Esc 2752.15  2438.61
     Apr,04    553.74                              PAYMENT     3305.89  2438.61
     Apr,04               4.06*                    Intr on Esc 3305.89  2442.67
     May,04    553.74   553.74E                    PAYMENT     3859.63  2996.41
     May,04             475.99*                    PAYMENT     3859.63  3472.40
     May,04               4.46*                    Intr on Esc 3859.63  3476.86
     Jun,04    553.74   553.74E                    PAYMENT     4413.37  4030.60
     Jun,04             553.74*                    PAYMENT     4413.37  4584.34
     Jun,04               5.30*                    Intr on Esc 4413.37  4589.64
     Jul,04    553.74   553.74E                    PAYMENT     4967.11  5143.38
     Aug,04    553.74   553.74E                    PAYMENT     5520.85  5697.12
     Sep,04    553.74                              PAYMENT     6074.59  5697.12
     Sep,04                       4189.13          SCHOOL TAX  1885.46  5697.12
     Sep,04                        778.00          HAZARD INS  1107.46 < 5697.12
     Oct,04    553.74                              PAYMENT     1661.20  5697.12
     Total    6644.88  7370.25   6644.85  6429.84
                           PROJECTION FOR NEXT CYCLE
     Anticipated Annual Disbursements
     HAZARD INS              986.00
```

```
SR210QR-01                                                    5/04/07 12:36:26
MPRICE           CCS - AGGREGATE ANALYSIS HISTORY INQUIRY     JOB DT:  5/01/07
                    ANNUAL ACCOUNT DISCLOSURE STATEMENT         PAGE:    46776
   Loan Number.: 0433303260                          Analysis Run..:   7/28/04
   Effective Date:  9/01/04                             9/04 Thru   8/05
                              PROJECTION FOR NEXT CYCLE
   TOWN TAX             1,865.11
   SCHOOL TAX           3,578.73
   Total                6,429.84
   New Escrow Deposit   6,429.84 /12=   535.82
   Month  Pmt to Escrow  Pmt frm Escrow  Description    Curr Bal     Req Bal
   Starting Balance . . . . . . . . . . . . . . . . .   5,697.12    5,100.55
   Sep,04       535.82                   PAYMENT        6,232.94    5,636.37
   Sep,04                     3,578.73   SCHOOL TAX     2,654.21    2,057.64
   Sep,04                       986.00   HAZARD INS     1,668.21    1,071.64 <
   Oct,04       535.82                   PAYMENT        2,204.03    1,607.46
   Nov,04       535.82                   PAYMENT        2,739.85    2,143.28
   Dec,04       535.82                   PAYMENT        3,275.67    2,679.10
   Jan,05       535.82                   PAYMENT        3,811.49    3,214.92
   Jan,05                     1,865.11   TOWN TAX       1,946.38    1,349.81
   Feb,05       535.82                   PAYMENT        2,482.20    1,885.63
   Mar,05       535.82                   PAYMENT        3,018.02    2,421.45
   Apr,05       535.82                   PAYMENT        3,553.84    2,957.27
   May,05       535.82                   PAYMENT        4,089.66    3,493.09
   Jun,05       535.82                   PAYMENT        4,625.48    4,028.91
   Jul,05       535.82                   PAYMENT        5,161.30    4,564.73
   Aug,05       535.82                   PAYMENT        5,697.12    5,100.55
   Total      6,429.84       6,429.84
   Estimated Low Point: 1,668.21       New P&I . . . . . . . .: 2,424.01
   RESPA Low Point . .: 1,071.64       New Esc Pmt . . . . . .:   535.82
   Doc/St Low Point. .: 1,071.64       Discretionary Items Pmt:      .00
   Total Surplus . . .:   596.57       Surplus Spread. . . . .:      .00
   Less NSF/Lt chgs. .:   145.44       Deficiency Spread . . .:      .00
   Spread Months . . .:       00       Payment Rnd Adj . . . .:      .00
   Deficiency. . . . .:      .00       Total Payments. . . . .: 2,959.83
   Def Spread Months .:       00
   Surplus Refunded. .:   451.13
```

July 21, 2005

*PAYMENT EFFECTIVE SEPTEMBER 2005.*
*SEE SECOND LAST PAGE FOR UPDATED*
*AMOUNT*

Eileen Fagan
36 Smith St #B
Stony Point NY 10980-1639

RE: LOAN #0433303260

Dear Eileen Fagan:

Following is an analysis of your escrow account in accordance with the Real Estate Settlement Procedures Act (RESPA). The analysis calculates your new escrow payment based on the projected escrow activity for the upcoming period.

Throughout the analysis, several tables will be used to explain your escrow account. The tables may contain the following symbols and abbreviations:
(*): an asterisk represents a difference between the actual activity and the projected activity in your escrow account;
(<): an arrow marks the lowest amount in your escrow account;
(E): an "E" represents estimated activity. Because the effective date (the date your new payment begins) of your analysis is one or two months into the future, it is necessary for us to estimate activity that will occur up to that effective date.

The following Account History compares activity that was PROJECTED to occur in your escrow account to activity that ACTUALLY occurred during the time period outlined below. The payment for which the history is based is broken down below:

Effective Date: 9/01/05                                             9/05 Thru 8/06

ACCOUNT HISTORY

Previous Payment:   P&I . . . . . . . . : 2,424.01
                    Escrow. . . . . . . :   535.82
                    Discretionary Items:      .00
                    Total . . . . . . . : 2,959.83

SAT14532/6   5578291        CORR
433303260    Fagan        108061692
                                           C
                                           HF

| Month | Pmts to Esc Acct | | Pmts from Esc Acct | | Description | --Escrow Balance-- | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Project | Actual |
| Starting Balance | | | | | | 5100.55 | 3482.16 |
| Jul,04 | | | | 145.44* | Withdrawal | | 3336.72 |
| Sep,04 | 535.82 | | | | PAYMENT | 5636.37 | 3336.72 |
| Sep,04 | | | 3578.73 | | SCHOOL TAX | 2057.64 | 3336.72 |
| Sep,04 | | | | 1078.00* | HAZARD INS | 2057.64 | 2258.72 |

RE: Loan# 0433303260
Page: 2

| Month | Pmts to Esc Acct Projected | Actual | Pmts from Esc Acct Projected | Actual | Description | Escrow Balance Project | Actual |
|---|---|---|---|---|---|---|---|
| Sep,04 | | | | 3935.19* | SCHOOL TAX | 2057.64 | 1676.47- |
| Sep,04 | | | 986.00 | | HAZARD INS | 1071.64 < | 1676.47- |
| Sep,04 | | 2.35* | | | Intr on Esc | 1071.64 | 1674.12-< |
| Oct,04 | 535.82 | | | | PAYMENT | 1607.46 | 1674.12- |
| Nov,04 | 535.82 | 553.74* | | | PAYMENT | 2143.28 | 1120.38- |
| Dec,04 | 535.82 | | | | PAYMENT | 2679.10 | 1120.38- |
| Jan,05 | 535.82 | 535.82E | | | PAYMENT | 3214.92 | 584.56- |
| Jan,05 | | | 1865.11 | | TOWN TAX | 1349.81 | 584.56- |
| Jan,05 | | | | 2196.56* | TOWN TAX | 1349.81 | 2781.12- |
| Jan,05 | | 553.74* | | | PAYMENT | 1349.81 | 2227.38- |
| Jan,05 | | 553.74* | | | PAYMENT | 1349.81 | 1673.64- |
| Feb,05 | 535.82 | 535.82E | | | PAYMENT | 1885.63 | 1137.82- |
| Feb,05 | | 553.74* | | | PAYMENT | 1885.63 | 584.08- |
| Mar,05 | 535.82 | 535.82E | | | PAYMENT | 2421.45 | 48.26- |
| Mar,05 | | 535.82* | | | PAYMENT | 2421.45 | 487.56 |
| Apr,05 | 535.82 | 535.82E | | | PAYMENT | 2957.27 | 1023.38 |
| Apr,05 | | 535.82* | | | PAYMENT | 2957.27 | 1559.20 |
| May,05 | 535.82 | 535.82E | | | PAYMENT | 3493.09 | 2095.02 |
| May,05 | | 535.82* | | | PAYMENT | 3493.09 | 2630.84 |
| Jun,05 | 535.82 | 535.82E | | | PAYMENT | 4028.91 | 3166.66 |
| Jul,05 | | 535.82* | | | PAYMENT | 4028.91 | 3702.48 |
| Jul,05 | 535.82 | 535.82E | | | PAYMENT | 4564.73 | 4238.30 |
| Aug,05 | 535.82 | 535.82E | | | PAYMENT | 5100.55 | 4774.12 |
| Total | $6429.84 | $8647.15 | $6429.84 | $7355.19 | | | |

The next table lists the items that will be disbursed from your account:

PROJECTION FOR NEXT CYCLE

Projected Annual Disbursements

| HAZARD INS | 1,078.00 |
|---|---|
| TOWN TAX | 2,196.56 |
| SCHOOL TAX | 3,935.19 |
| Total | $7,209.75 |

New Escrow Deposit   7,209.75 /12= 600.81

The following table shows activity projected to occur in your escrow account for the next 12 months. The Current Balance column shows a running total based on real activity. The Starting Balance for this section comes from the Account

RE:  Loan# 0433303260
Page:            3

History section on page one. The Required Balance column shows the ideal escrow balance for each month.

| Month | Payments to Escrow Acct | Payments from Escrow Acct | Description | Current Balance | Required Balance |
|---|---|---|---|---|---|
| Starting Balance.................................... | | | | 4,774.12 | 5,614.00 |
| Sep, 05 | 600.81 | | PAYMENT | 5,374.93 | 6,214.81 |
| Sep, 05 | | 3,935.19 | SCHOOL TAX | 1,439.74 | 2,279.62 |
| Sep, 05 | | 1,078.00 | HAZARD INS | 361.74 | 1,201.62 <. |
| Oct, 05 | 600.81 | | PAYMENT | 962.55 | 1,802.43 |
| Nov, 05 | 600.81 | | PAYMENT | 1,563.36 | 2,403.24 |
| Dec, 05 | 600.81 | | PAYMENT | 2,164.17 | 3,004.05 |
| Jan, 06 | 600.81 | | PAYMENT | 2,764.98 | 3,604.86 |
| Jan, 06 | | 2,196.56 | TOWN TAX | 568.42 | 1,408.30 |
| Feb, 06 | 600.81 | | PAYMENT | 1,169.23 | 2,009.11 |
| Mar, 06 | 600.81 | | PAYMENT | 1,770.04 | 2,609.92 |
| Apr, 06 | 600.81 | | PAYMENT | 2,370.85 | 3,210.73 |
| May, 06 | 600.81 | | PAYMENT | 2,971.66 | 3,811.54 |
| Jun, 06 | 600.81 | | PAYMENT | 3,572.47 | 4,412.35 |
| Jul, 06 | 600.81 | | PAYMENT | 4,173.28 | 5,013.16 |
| Aug, 06 | 600.81 | | PAYMENT | 4,774.09 | 5,613.97 |
| Total | $7,209.72 | $7,209.75 | | | |

The table above indicates a shortage of $839.88.
Subtract the Low Point Required Balance from the Low Point Current Balance to determine the shortage in the account. An arrow(<) marks the row in which these Low Point Balances occur.

If the total shortage is less than one month's escrow deposit, then the shortage will be provided for within 30 days. If the total shortage is greater than one month's escrow deposit, then you must repay the shortage amount in equal monthly payments over a 12 month period. The amounts you owe will be added to your monthly payment amount.

The following table shows the shortage calculation on the left side. Your new monthly payment effective 09/01/05 is on the right side.

| | | | | |
|---|---|---|---|---|
| Estimated Low Point: | 361.74 | New Prin & Int. . . . . .: | 2,830.69 |
| RESPA Low Point . .: | 1,201.62 | New Esc Pmt . . . . . . .: | 600.81 |
| Low Point Bal Req .: | 1,201.62 | Discretionary Items Pmt: | .00 |
| Total Shortage. . .: | 839.88 | Shortage Spread .: . . .: | 69.99 |
| Spread Months . . .: | 12 | Deficiency Spread . . .: | .00 |
| Deficiency. . . : .: | .00 | Payment Rnd Adj . . . .: | .00 |
| Def Spread Months .: | 00 | Total Payment . . . . .: | 3,501.49 |

New York State law requires that the following information be furnished you in conjunction with maintaining your real estate property tax escrow account: HomeComings is obligated to make

RE: Loan# 0433303260
Page: 4

timely property tax payments from your real property tax escrow account. If we fail to pay any tax payments timely (by the penalty date), we will be responsible for making such payments from your escrow account and we will absorb any penalties or interest because of the delay. You are obligated to pay one-twelfth of your taxes to us each month, which will be deposited into your real property tax escrow account. You may be required to pay more or less depending on whether there is a shortage or overage in your escrow account. We must deposit your escrow payments into a banking institution or licensed branch of a bank corporation whose deposits are insured by a federal agency. We cannot impose any fees relating to the maintenance of your real property tax escrow account.

We appreciate having you as a customer, and value your business. If you have further questions, please call our Customer Service Department at 1.800.206.2901.

Sincerely,


Homecomings Financial


*Payment Effective June 2006.*

**Homecomings Financial**
A GMAC Company

April 20, 2006

3871 1 MB 0.326    ***AUTO**MIXED AADC 750
EILEEN FAGAN
16 BREWSTER AVE

STONY POINT, NY 10980-1606

Re: Loan Number 0433303260

Dear Eileen Fagan:

Please accept this letter as written notice of a change in the interest rate and principal and interest portion of your monthly payment amount. Effective with your June 01, 2006, installment, your account's interest rate will be 13.625 percent and your monthly principal and interest payment will be $3248.34.

Please note that your loan also includes an escrow account for the payment of property taxes and/or insurance; the principal and interest payment stated above does not reflect the total payment due, since the total payment would include principal, interest and escrow. Our records indicate that effective September 1, 2005, your monthly escrow installment is $670.80.

According to the terms of the Adjustable Rate Note you signed at closing, your interest rate is determined by the six-month London Interbank Offered Rate ("LIBOR") as published in the Wall Street Journal and the interest rate is adjusted every 6 month(s). The applicable index at the time of the scheduled rate adjustment was 5.14 percent. Your new interest rate is calculated by adding the index of 5.14 percent to the margin of 8.5 percent (as specified in your Adjustable Rate Note). This total is then rounded to the nearest 0.125 percent and then is subject to interest rate caps as specified in your Note. The result of this calculation is your account's current interest rate of 13.625 percent. It is this change in interest rate that has caused the corresponding change in your interest payment amount. This rate will be effective from May 01, 2006, until November 01, 2006, at which time your loan is subject to another interest-rate adjustment.

Homecomings Financial[sm] appreciates you as a customer and values your business. Please feel free to contact us at the number or address below whenever we can be of assistance.

Sincerely,

Homecomings Financial



*Please be advised that this letter is for informational purposes only and is not an attempt to collect a debt.*

Homecomings Financial
2711 North Haskell Avenue  Suite 900  Dallas, TX 75204
1.800.206.2901  (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., CST)
homecomings.com

S00141

*Payment effective September 2006.*
*See second last page for updated payment*

July 20, 2006

Eileen Fagan
16 Brewster Avenue
Stony Point NY 10980

RE: LOAN #0433303260

```
KHN743 /6    5578291       ESAL
433303260    Fagan         106370246
                                        C
                                        HF
```

Dear Eileen Fagan:

Following is an analysis of your escrow account in accordance with the Real Estate Settlement Procedures Act (RESPA). The analysis calculates your new escrow payment based on the projected escrow activity for the upcoming period.

Throughout the analysis, several tables will be used to explain your escrow account. The tables may contain the following symbols and abbreviations:
(*): an asterisk represents a difference between the actual activity and the projected activity in your escrow account;
(<): an arrow marks the lowest amount in your escrow account;
(E): an "E" represents estimated activity. Because the effective date (the date your new payment begins) of your analysis is one or two months into the future, it is necessary for us to estimate activity that will occur up to that effective date.

The following Account History compares activity that was PROJECTED to occur in your escrow account to activity that ACTUALLY occurred during the time period outlined below. The payment for which the history is based is broken down below:

Effective Date: 9/01/06                                      9/06 Thru 8/07

ACCOUNT HISTORY

Previous Payment:    P&I . . . . . . . . : 2,830.69
                     Escrow. . ., . . . .:   670.80
                     Discretionary Items:      .00
                     Total . . . . . . .: 3,501.49

|  | Pmts to Esc Acct | | Pmts from Esc Acct | | | --Escrow Balance-- | |
|---|---|---|---|---|---|---|---|
| Month | Projected | Actual | Projected | Actual | Description | Project | Actual |
| Starting Balance | | | | | | 5614.00 | 487.55 |
| Jul, 05 | | .81* | | | Intr on Esc | | 488.37 |
| Aug, 05 | | 535.82* | | | PAYMENT | | 1024.19 |
| Aug, 05 | | 535.82* | | | PAYMENT | | 1560.01 |
| Aug, 05 | | 1.74* | | | Intr on Esc | | 1561.75 |

RE: Loan# 0433303260  
Page: 2

|        | Pmts to Esc Acct |          | Pmts from Esc Acct |          |             | --Escrow Balance-- |          |
|--------|------------------|----------|--------------------|----------|-------------|--------------------|----------|
| Month  | Projected        | Actual   | Projected          | Actual   | Description | Project            | Actual   |
| Sep,05 | 600.81           | 535.82*  |                    |          | PAYMENT     | 6214.81            | 2097.57  |
| Sep,05 |                  |          | 3935.19            |          | SCHOOL TAX  | 2279.62            | 2097.57  |
| Sep,05 |                  |          |                    | 1019.00* | HAZARD INS  | 2279.62            | 1078.57  |
| Sep,05 |                  |          |                    | 4344.12* | SCHOOL TAX  | 2279.62            | 3265.55- |
| Sep,05 |                  |          | 1078.00            |          | HAZARD INS  | 1201.62 <          | 3265.55- |
| Sep,05 |                  | .73*     |                    |          | Intr on Esc | 1201.62            | 3264.82-<|
| Oct,05 | 600.81           | 535.82*  |                    |          | PAYMENT     | 1802.43            | 2729.00- |
| Oct,05 |                  | 535.82*  |                    |          | PAYMENT     | 1802.43            | 2193.18- |
| Nov,05 | 600.81           | 535.82*  |                    |          | PAYMENT     | 2403.24            | 1657.36- |
| Dec,05 | 600.81           | 535.82*  |                    |          | PAYMENT     | 3004.05            | 1121.54- |
| Jan,06 | 600.81           | 535.82*  |                    |          | PAYMENT     | 3604.86            | 585.72-  |
| Jan,06 |                  |          | 2196.56            |          | TOWN TAX    | 1408.30            | 585.72-  |
| Jan,06 |                  |          |                    | 2361.17* | TOWN TAX    | 1408.30            | 2946.89- |
| Feb,06 | 600.81           | 670.80*  |                    |          | PAYMENT     | 2009.11            | 2276.09- |
| Mar,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 2609.92            | 1605.29- |
| Apr,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 3210.73            | 934.49-  |
| Apr,06 |                  | -670.80* |                    |          | PAYMENT     | 3210.73            | 263.69-  |
| May,06 |                  | 670.80*  |                    |          | PAYMENT     | 3210.73            | 407.11   |
| May,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 3811.54            | 1077.91  |
| Jun,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 4412.35            | 1748.71  |
| Jun,06 |                  | 670.80*  |                    |          | PAYMENT     | 4412.35            | 2419.51  |
| Jun,06 |                  | 670.80*  |                    |          | PAYMENT     | 4412.35            | 3090.31  |
| Jun,06 |                  | 670.80*  |                    |          | PAYMENT     | 4412.35            | 3761.11  |
| Jun,06 |                  | .25*     |                    |          | Intr on Esc | 4412.35            | 3761.36  |
| Jul,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 5013.16            | 4432.16  |
| Aug,06 | 600.81           | 670.80*E |                    |          | PAYMENT     | 5613.97            | 5102.96  |
| Total  | $7209.72         | $12339.69| $7209.75           | $7724.29 |             |                    |          |

The next table lists the items that will be disbursed from your account:

PROJECTION FOR NEXT CYCLE

Projected Annual Disbursements

| HAZARD INS | 1,019.00 |
| TOWN TAX   | 2,361.17 |
| SCHOOL TAX | 4,344.12 |
| Total      | $7,724.29|

New Escrow Deposit   7,724.29 /12=   643.69

RE: Loan# 0433303260
Page: 3

The following table shows activity projected to occur in your escrow account
for the next 12 months. The Current Balance column shows a running total based
on real activity. The Starting Balance for this section comes from the Account
History section on page one. The Required Balance column shows the ideal
escrow balance for each month.

| Month | Payments to Escrow Acct | Payments from Escrow Acct | Description | Current Balance | Required Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | 5,102.96 | 6,006.81 |
| Sep, 06 | 643.69 | | PAYMENT | 5,746.65 | 6,650.50 |
| Sep, 06 | | 4,344.12 | SCHOOL TAX | 1,402.53 | 2,306.38 |
| Sep, 06 | | 1,019.00 | HAZARD INS | .383.53 | 1,287.38 < |
| Oct, 06 | 643.69 | | PAYMENT | 1,027.22 | 1,931.07 |
| Nov, 06 | 643.69 | | PAYMENT | 1,670.91 | 2,574.76 |
| Dec, 06 | 643.69 | | PAYMENT | 2,314.60 | 3,218.45 |
| Jan, 07 | 643.69 | | PAYMENT | 2,958.29 | 3,862.14 |
| Jan, 07 | | 2,361.17 | TOWN TAX | 597.12 | 1,500.97 |
| Feb, 07 | 643.69 | | PAYMENT | 1,240.81 | 2,144.66 |
| Mar, 07 | 643.69 | | PAYMENT | 1,884.50 | 2,788.35 |
| Apr, 07 | 643.69 | | PAYMENT | 2,528.19 | 3,432.04 |
| May, 07 | 643.69 | | PAYMENT | 3,171.88 | 4,075.73 |
| Jun, 07 | 643.69 | | PAYMENT | 3,815.57 | 4,719.42 |
| Jul, 07 | 643.69 | | PAYMENT | 4,459.26 | 5,363.11 |
| Aug, 07 | 643.69 | | PAYMENT | 5,102.95 | 6,006.80 |
| Total | $7,724.28 | $7,724.29 | | | |

The table above indicates a shortage of $903.85.
Subtract the Low Point Required Balance from the Low Point Current Balance
to determine the shortage in the account. An arrow(<) marks the row
in which these Low Point Balances occur.

If the total shortage is less than one month's escrow deposit, then the
shortage will be provided for within 30 days. If the total shortage is
greater than one month's escrow deposit, then you must repay the shortage
amount in equal monthly payments over a 12 month period. The amounts you owe
will be added to your monthly payment amount.

The following table shows the shortage calculation on the left side. Your new
monthly payment effective 09/01/06 is on the right side.

| | | | | |
|---|---|---|---|---|
| Estimated Low Point: | 383.53 | | New Prin & Int. . . . . .: | 3,248.34 |
| RESPA Low Point . .: | 1,287.38 | | New Esc Pmt . . . . . .: | 643.69 |
| Low Point Bal Req .: | 1,287.38 | | Discretionary Items Pmt: | .00 |
| Total Shortage. . . .: | 903.85 | | Shortage Spread .: . . .: | 75.32 |
| Spread Months . . .: | 12 | | Deficiency Spread . . .: | .00 |
| Deficiency. . . . . .: | .00 | | Payment Rnd Adj . . . .: | .00 |
| Def Spread Months .: | .00 | | Total Payment . . . . .: | 3,967.35 |

RE: Loan# 0433303260
Page: 4

New York State law requires that the following information be
furnished you in conjunction with maintaining your real estate
property tax escrow account: HomeComings is obligated to make
timely property tax payments from your real property tax escrow
account. If we fail to pay any tax payments timely (by the penalty
date), we will be responsible for making such payments from your
escrow account and we will absorb any penalties or interest
because of the delay. You are obligated to pay one-twelfth of your
taxes to us each month, which will be deposited into your real property
tax escrow account. You may be required to pay more or less depending
on whether there is a shortage or overage in your escrow account.
We must deposit your escrow payments into a banking institution or
licensed branch of a bank corporation whose deposits are insured
by a federal agency. We cannot impose any fees relating to the
maintenance of your real property tax escrow account.


We appreciate having you as a customer, and value your business. If
you have further questions, please call our Customer Service Department at
1.800.206.2901.


Sincerely,



Homecomings Financial

# Homecomings Financial
*A GMAC Company*

October 20, 2006

1478 1 MB 0.326   ***AUTO**MIXED AADC 750
EILEEN FAGAN
16 BREWSTER AVENUE

STONY POINT, NY 10980-1606

Re: Loan Number 0433303260

Dear Eileen Fagan:

Effective with your December 01, 2006, installment, your account's interest rate will change from 13.625 percent to 13.875 percent. Based on your account's current principal balance of $277,053.32, your monthly principal and interest payment will be $3,301.02.

Please note that your loan also includes an escrow account for the payment of property taxes and/or insurance; the principal and interest payment stated above does not reflect the total payment due, since the total payment would include principal, interest and escrow. Our records indicate that effective September 1, 2006, your monthly escrow installment is $719.01.

According to the terms of the Adjustable Rate Note you signed at closing, your interest rate is determined by the six-month London Interbank Offered Rate ("LIBOR") as published in the Wall Street Journal and the interest rate is adjusted every 6 month(s). The applicable index at the time of the scheduled rate adjustment was 5.37 percent. Your new interest rate is calculated by adding the index of 5.37 percent to the margin of 8.5 percent (as specified in your Adjustable Rate Note). This total is then rounded to the nearest 0.125 percent and then is subject to interest rate caps as specified in your Note. The result of this calculation is your account's current interest rate of 13.875 percent. It is this change in interest rate that has caused the corresponding change in your interest payment amount. This rate will be effective from November 01, 2006, until May 01, 2007, at which time your loan is subject to another interest-rate adjustment.

Homecomings Financial[sm] appreciates you as a customer and values your business. Please feel free to contact us at the number or address below whenever we can be of assistance.

Sincerely,

Homecomings Financial



*Please be advised that this letter is for informational purposes only and is not an attempt to collect a debt.*

Homecomings Financial
2711 North Haskell Avenue  Suite 900  Dallas, TX 75204
1.800.206.2901  (Monday - Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00 a.m. to 5:00 p.m., CST)
homecomings.com

S00141