Post Petition Payment History for:     Eileen Fagan     ResCap Loan No. 7433303260
BK Case No. 04-23460

BK filing date    09/21/04    Pmt Due:    08/01/07    Stip Due:
                           Pmt Amt:    $ 4,020.03    Stip Amt:
                           Susp Bal:    $ 186.23    Stip Bal:

**05/04 - 09/04 included in POC**

| Date | Amt Rec'd | Amt Applied | Applied To | Unused | Suspense | AO Balance | Notes |
|---|---|---|---|---|---|---|---|
| 10/12/04 | $ 2,977.00 | $ 2,959.83 | 10/01/04 | $ 17.17 | $ 17.17 | | |
| 11/16/04 | $ 2,977.00 | $ 2,959.83 | 11/01/04 | $ 17.17 | $ 34.34 | | |
| 12/13/04 | $ 2,977.75 | $ - | suspense | $ 2,977.75 | $ 3,012.09 | | |
| 01/18/05 | $ 2,977.75 | $ 3,161.56 | 12/01/04 | $ (183.81) | $ 2,828.28 | | |
| 02/22/05 | $ 2,977.75 | $ 3,161.56 | 01/01/05 | $ (183.81) | $ 2,644.47 | | |
| 03/28/05 | $ 3,030.00 | $ 3,161.56 | 02/01/05 | $ (131.56) | $ 2,512.91 | | |
| 04/27/05 | $ 3,050.00 | $ 3,161.56 | 03/01/05 | $ (111.56) | $ 2,401.35 | | |
| 05/27/05 | $ 3,050.00 | $ 3,161.56 | 04/01/05 | $ (111.56) | $ 2,289.79 | | |
| 06/30/05 | $ 3,161.56 | $ 3,161.56 | 05/01/05 | $ - | $ 2,289.79 | | |
| 07/29/05 | $ 3,200.00 | $ 3,366.51 | 06/01/05 | $ (166.51) | $ 2,123.28 | | |
| 08/26/05 | $ 3,500.00 | $ 3,366.51 | 07/01/05 | $ 133.49 | $ 2,256.77 | | |
| 09/19/05 | $ 3,500.00 | $ 3,366.51 | 08/01/05 | $ 133.49 | $ 2,390.26 | | |
| 10/20/05 | $ 3,500.00 | $ 3,501.49 | 09/01/05 | $ (1.49) | $ 2,388.77 | | |
| 11/21/05 | $ 3,500.00 | $ 3,501.49 | 10/01/05 | $ (1.49) | $ 2,387.28 | | |
| 12/27/05 | $ 3,600.00 | $ 3,501.49 | 11/01/05 | $ 98.51 | $ 2,485.79 | | |
| 01/23/06 | $ 3,600.00 | $ 3,709.17 | 12/01/05 | $ (109.17) | $ 2,376.62 | | |
| 02/27/06 | $ 3,704.17 | $ 3,709.17 | 01/01/06 | $ (5.00) | $ 2,371.62 | | |
| 03/31/06 | $ 3,800.00 | $ 3,709.17 | 02/01/06 | $ 90.83 | $ 2,462.45 | | |
| 04/28/06 | $ 3,800.00 | $ 3,709.17 | 03/01/06 | $ 90.83 | $ 2,553.28 | | |
| 06/02/06 | $ 3,800.00 | $ 3,709.17 | 04/01/06 | $ 90.83 | $ 2,644.11 | | |
| 06/29/06 | $ 4,000.00 | $ 3,709.17 | 05/01/06 | $ 290.83 | $ 2,934.94 | | |
| 07/27/06 | $ 4,000.00 | $ 3,919.14 | 06/01/06 | $ 80.86 | $ 3,015.80 | | |
| 08/28/06 | $ 4,000.00 | $ 3,919.14 | 07/01/06 | $ 80.86 | $ 3,096.66 | | |
| 09/29/06 | $ 4,000.00 | $ 3,919.14 | 08/01/06 | $ 80.86 | $ 3,177.52 | | |
| 10/31/06 | $ 4,050.00 | $ 3,967.35 | 09/01/06 | $ 82.65 | $ 3,260.17 | | |
| 12/04/06 | $ 4,050.00 | $ 3,967.35 | 10/01/06 | $ 82.65 | $ 3,342.82 | | |
| 01/05/07 | $ 4,050.00 | $ 3,967.35 | 11/01/06 | $ 82.65 | $ 3,425.47 | | |
| 02/06/07 | $ 4,200.00 | $ 4,020.03 | 12/01/06 | $ 179.97 | $ 3,605.44 | | |
| 03/07/07 | $ 4,200.00 | $ 4,020.03 | 01/01/07 | $ 179.97 | $ 3,785.41 | | |
| 03/30/07 | $ 4,208.99 | $ - | | $ 4,208.99 | $ 7,994.40 | | |
| 04/06/07 | $ (4,208.99) | $ - | NSF | $ (4,208.99) | $ 3,785.41 | | |
| 04/12/07 | $ 4,021.00 | $ 4,020.03 | 02/01/07 | $ 0.97 | $ 3,786.38 | | |

| Date | Amount | Applied | Due/Type | Suspense | Balance | | Notes |
|---|---|---|---|---|---|---|---|
| 04/30/07 | $ 4,050.00 | $ 4,020.03 | 03/01/07 | $ 29.97 | $ 3,816.35 | | |
| 06/25/07 | $ 4,100.00 | $ - | suspense | $ 4,100.00 | $ 7,916.35 | | |
| 06/25/07 | $ 4,200.00 | $ 4,020.03 | 04/01/07 | $ 179.97 | $ 8,096.32 | | |
| 07/03/07 | $ (4,100.00) | $ - | NSF | $ (4,100.00) | $ 3,996.32 | | stopped payment |
| 07/05/07 | $ 4,200.00 | $ 4,020.03 | 05/01/07 | $ 179.97 | $ 4,176.29 | | |
| 07/05/07 | $ - | $ 4,020.03 | 06/01/07 | $ (4,020.03) | $ 156.26 | | |
| 07/27/07 | $ 4,050.00 | $ 4,020.03 | 07/01/07 | $ 29.97 | $ 186.23 | | |
| | | | | $ - | $ 186.23 | | |
| | | | | $ - | $ 186.23 | | |