UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In Re:                                          Chapter 13

EILEEN FAGAN,                                   Case No. 04-B-23460

                              Debtors,
-------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Eileen Fagan | $9.03 |
| 16 Brewster Avenue | |
| Stony Point, New York 10980 | refund |

   Trustee's check to your order in the sum of $9.03 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
         April 19, 2011

                                                 Respectfully submitted,
                                                 */s/ Jeffrey L. Sapir*
                                                 JEFFREY L. SAPIR